[No. 32547-4-III. Division Three. July 28, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. OCTAVIANO ALVAREZ, *Appellant*.

 by unpublished opinion per Korsmo, J., concurred in by Brown, A.C.J., and Lawrence-Berrey, J.

[No. 33012-5-III. Division Three. July 28, 2015.]

ROBERT LEVESQUE ET AL., *Respondents*, v. DIANE MATHENY ET AL., *Appellants*.

 by unpublished opinion per Siddoway, C.J., concurred in by Brown and Fearing, JJ.

[No. 31908-3-III. Division Three. July 30, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. ROMAN S. BUSEV, *Appellant*.

 by unpublished opinion per Fearing, J., concurred in by Brown, A.C.J., and Lawrence-Berrey, J.

[No. 31921-1-III. Division Three. July 30, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. JAIME HERNANDEZ, *Appellant*.

 by unpublished opinion per Siddoway, C.J., concurred in by Brown and Korsmo, JJ.